UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
AGNIESZKA WASILEWSKI,                          :
:
                Plaintiff,     :
:      25-CV-1642 (VSB)
        -against-                        :
:      **ORDER**
SHORENSTEIN INVESTMENT ADVISERS  :
LLC, *et al.*,                                 :
:
                Defendants.     :
                                         X
------------------------------------------------------------

VERNON S. BRODERICK, United States District Judge:

       Plaintiff filed this action on February 26, 2025, (Doc. 1), and filed affidavits of service on March 31, 2025, (Docs. 11–13). The deadline for Defendants to respond to Plaintiff's complaint was March 25, 2025. Defendant Allied Universal Risk Advisory and Consulting Services filed an answer on March 26, 2025. (Doc. 10.) To date, however, Defendants Shorenstein Investment Advisers LLC and Shorenstein Properties LLC (collectively, "Shorenstein Defendants") have not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute the claims against the Shorenstein Defendants. Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than April 15, 2025. If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    April 1, 2025
              New York, New York

                                            _____
                                            VERNON S. BRODERICK
                                            United States District Judge