```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
AGNIESZKA WASILEWSKI,                                       :
                                                            :
                              Plaintiff,                    :
                                                            :            25-CV-1642 (VSB)
                      -against-                             :
                                                            :                 ORDER
SHORENSTEIN INVESTMENT ADVISERS                             :
LLC, et al.,                                                :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      Shorenstein Investment Advisers LLC, Shorenstein Properties LLC, SRI Eleven 1407 Broadway Operator LLC, Shorenstein Realty Services East LLC, and Shorenstein Realty Services, L.P. (collectively, "Third-Party Plaintiffs") filed a Third-Party Complaint against Collins Building Services, Inc. ("Third-Party Defendant") on July 25, 2025, (Doc. 44), and filed an affidavit of service on September 30, 2025, (Doc. 47). The deadline for Third-Party Defendant to respond to Third-Party Plaintiffs' Complaint was October 14, 2025. To date, however, Third-Party Defendant Collins Building Services, Inc. has not appeared or responded to the Third-Party Complaint. Moreover, Third-Party Plaintiffs have taken no action to prosecute the claims against the Third-Party Defendant. Accordingly, if Third-Party Plaintiffs intend to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than November 12, 2025. If Third-Party Plaintiffs fail to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this Third-Party Complaint for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    October 27, 2025
           New York, New York

                                                                        VERNON S. BRODERICK
                                                                       United States District Judge