**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
AGNIESZKA WASILWESKI,

                        Plaintiff,

          -against-

SHORENSTEIN INVESTMENT ADVISORS
LLC, et al.,

                        Defendants.

        **25-CV-1642 (VSB) (KHP)**

-----------------------------------------------------------------X
SHORENSTEIN INVESTMENT ADVISORS
LLC, et al.,

          **CASE MANAGEMENT ORDER**

                     Third-Party Plaintiffs,

          -against-

COLLINS BUILDING SERVICES, INC.,

                     Third-Party Defendant.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

The parties in the above-captioned case appeared before the undersigned for a case management conference on December 4, 2025.  At the conference, the Court ordered the following:

- Plaintiff shall give authorizations for the release of medical records to the Defendants in this action by **December 5, 2025**.

- Given the Third-Party Defendant has recently appeared in this action, all discovery is extended by **90 days** (i.e., until **February 4, 2026**).

- The deadline for Third-Party Defendant Collins Building Services to respond to the Third-Party Complaint is December 12, 2025.  If they elect to respond by motion to dismiss, opposing briefs shall be due **December 31, 2025**, and reply shall be due **January 9, 2026.**

- The parties shall file a joint status letter by **January 15, 2026.**

**SO ORDERED.**

DATED:    New York, New York
          December 4, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge

2