**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

AGNIESZKA WASILWESKI,

                        Plaintiff,

          -against-

SHORENSTEIN INVESTMENT ADVISORS
LLC, et al.,

                    Defendants.

           **25-CV-1642 (VSB) (KHP)**

-------------------------------------------------------------------X

SHORENSTEIN INVESTMENT ADVISORS
LLC, et al.,

              **ORDER**

               Third-Party Plaintiffs,

          -against-

COLLINS BUILDING SERVICES, INC.,

               Third-Party Defendant.

-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Court previously ordered a status update on February 17, 2026. The parties did not

comply with that deadline. Therefore, a joint status update is hereby **ORDERED** by **April 15,**

**2026.**

      **SO ORDERED.**

DATED:     New York, New York
           April 8, 2026        _____

                               KATHARINE H. PARKER
                               United States Magistrate Judge