UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AGNIESZKA WASILEWSKI, Plaintiff, | : | |
| -against- | : | 25-CV-1642 (VSB) (KHF) |
| SHORENSTEIN INVESTMENT ADVISERS LLC, *et al.*, Defendants. | : | **OPINION & ORDER** |

Appearances:

David Michael Fish
Romano Law PLLC
New York, NY
*Counsel for Plaintiff*

Daniel P. Rocco, I
West Caldwell, NJ

Robert Winsor Gifford
O'Toole Scrivo Fernandez Weiner Van Lieu, LLC
Cedar Grove, NJ

Joseph P. Wodarski , III
Wilson Elser Moskowitz Edelman & Dicker LLP (CT)
Stamford, CT 06901

Alden Bishop
Ridgewood, NY
*Counsel for Defendants/Third-Party Plaintiffs*

Michael A. Miranda
Maurizio Savoiardo, III
Richard Brian Epstein
Miranda Slone Sklarin Verveniotis, LLP
Mineola, NY
*Counsel for Third-Party Defendant*

VERNON S. BRODERICK, United States District Judge:

On February 26, 2025, Plaintiff Agnieszka Wasilewski ("Plaintiff") brought this personal injury action arising out of an incident that occurred in a building that was owned by Defendants Shorenstein Investment Advisers LLC, Shorenstein Properties LLC, SRI Eleven 1407 Broadway Operator LLC, Shorenstein Realty Services East LLC, and Shorenstein Realty Services L.P. (collectively, "Shorenstein") and where Defendant Allied Universal Risk Advisory And Consulting Services, Inc. ("Allied") was the security contractor. (*See generally* Doc. 1.) Plaintiff alleges that while she was an employee of Collins Building Services, Inc. ("Collins") and worked as a cleaning person at the building, she was sexually assaulted during her work shift. (*Id.* ¶ 1.)

On April 16, 2025, Plaintiff filed an amended complaint. (Doc. 22.) On July 25, 2025, Shorenstein brought a Third-Party Complaint for breach of contract and indemnification against Third-Party Defendant, Collins, with whom it had a contract for cleaning services at the building. (Doc. 44.) On December 12, 2025, Collins moved to compel arbitration and dismiss the third-party action against it. (Doc. 62.) On December 31, 2025, Shorenstein filed its opposition, (Doc. 65), and on January 9, 2026, Collins filed its reply, (Doc. 66).

On May 1, 2026, I referred the case to Magistrate Judge Katharine H. Parker for a Report and Recommendation on Collins' motion to dismiss the third-party action. (Doc. 72.) On June 26, 2026, Judge Parker issued a 12-page Report and Recommendation (the "Report and Recommendation" or "Report") suggesting that the Third-Party Complaint against Collins be dismissed without prejudice in favor of arbitration. (Doc. 77 ("Report") at 11.)

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "To accept the report

and recommendation of a magistrate [judge], to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." *Nelson v. Smith*, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985); *see also Batista v. Walker*, No. 94-CV-2826, 1995 WL 453299, at *1 (S.D.N.Y. July 31, 1995) ("I am permitted to adopt those sections of a magistrate judge's report to which no specific objection is made, so long as those sections are not facially erroneous." (internal quotation marks omitted and alterations adopted)).

Although the Report explicitly provided that "[t]he parties shall have fourteen days from the service of this Report and Recommendation to file written objections to the recommendation on the motion to dismiss pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure," (Report 12), no party filed an objection or sought additional time to file an objection. Accordingly, I have reviewed Judge Parker's detailed and well-reasoned Report and Recommendation for clear error and, after careful review, find none. I therefore ADOPT the Report and Recommendation in its entirety.

The Clerk of Court is respectfully directed to close the motion at Document 62.

SO ORDERED.

Dated: August 28, 2026
New York, New York

Vernon Broderick

Vernon S. Broderick
United States District Judge