**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/14/2026

---------------------------------------------------------------X
AGNIESZKA WASILWESKI,

Plaintiff,

-against-

SHORENSTEIN INVESTMENT ADVISORS LLC, et al.,

Defendants.
---------------------------------------------------------------X
SHORENSTEIN INVESTMENT ADVISORS LLC, et al.,

Third-Party Plaintiffs,

-against-

COLLINS BUILDING SERVICES, INC.,

Third-Party Defendant.
---------------------------------------------------------------X

**25-CV-1642 (VSB) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The previously scheduled in-person Case Management Conference on September 17, 2026, at 11:00 a.m., has been rescheduled to **Wednesday, October 28, 2026 at 10:00 AM** in Courtroom 17-D, 500 Pearl Street, New York, NY 10007. The Parties are directed to submit a joint status update by **July 29, 2026**.

By **September 21, 2026,** the parties shall submit a joint status update, providing the Court with a detailed update on what documents have been exchanged thus far, how many depositions have been conducted and scheduled, and any outstanding or anticipated discovery disputes that have arisen or may arise.

**SO ORDERED.**

DATED: New York, New York
September 14, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge