ROMANO
LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/27/2026

DavidF@RomanoLaw.com One Battery Park Plaza, 7th Floor
New York, NY 10004

October 27, 2026

**APPLICATION GRANTED:** The Case Management Conference set for 10/28/2026 at 10:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to **Tuesday, February 16, 2027, at 11:00 a.m.**

APPLICATION GRANTED

Katharine H Parker

Hon. Katharine H. Parker, U.S.M.J.

**By ECF**

Hon. Katherine H. Parker
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007-1312

LETTER MOTION FOR ADJOURNMENT

**Re:** ***Agnieszka Wasilewski v. Shorenstein Investment Advisors LLC, et al.***
**Case No: 1:25-CV-01642 (VSB) (KHP)**

Dear Judge Parker,

As you know, this firm represents Plaintiff Agnieszka Wasilewski ("Plaintiff") in the above-referenced action.

There is a case management conference scheduled for Wednesday, October 28, 2026, at 10am. I write, with the consent of Defendants' counsel, to request an adjournment of this conference, as we believe there are no outstanding updates to the Court which would warrant a conference. Discovery is ongoing, and not expected to reach completion until the end of this year. As noted in our letter to the Court yesterday, our next meeting with Lucille Fontana, the mediator assigned to this matter, is scheduled for January 13, 2027, to accommodate ongoing discovery. I respectfully request an adjournment of the October 28th conference to a date in February of 2027, after which we expect to have completed the second part of Plaintiff's deposition.

Thank you for your time and attention to this request.

Respectfully submitted,

**ROMANO LAW PLLC**

By: *Lauren E. Scott*
Lauren E. Scott, Esq.

cc: All counsel via ECF